```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 05-467 |
| v. | : | Hon. Dennis M. Cavanaugh |
| EDWIN SANCHEZ LORENZO and | : | <u>UNSEALING ORDER</u> |
| ROBERTO GALAN | : | |

This matter having come before the Court on the application of the United States of America (Andrew Carey, Assistant U.S. Attorney, appearing) for an order that the original indictment filed in the above-captioned matter be unsealed; and the indictment having become unsealed by virtue of the arrest of the defendants; and for good cause shown,

IT IS ON this 13th day of December, 2010

ORDERED that the original indictment filed in the above-captioned matter is unsealed.

```
                              S/ DENNIS M. CAVANAUGH
                              HON. DENNIS M. CAVANAUGH
                              UNITED STATES DISTRICT JUDGE
```